RHODEN, ADMR., APPELLANT, *v.* WOOD, APPELLEE.

[Cite as Rhoden *v.* Wood (1990), 50 Ohio St. 3d 607.]

(No. 89-700—Submitted April 4, 1990—Decided April 25, 1990.)

*Bernard K. Bauer Co., L.P.A., Bernard K. Bauer* and *Richard A. Grafmiller,* for appellant.

*Kennedy, Purdy, Hoeffel & Gernert* and *Paul E. Hoeffel,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.

---

IN RE RESIGNATION OF GAUDET.

DAYTON BAR ASSOCIATION *v.* GAUDET.

[Cite as In re Resignation of Gaudet (1990), 50 Ohio St. 3d 607.]

(Nos. 90-393 and 90-418—Submitted March 14, 1990 — Decided April 11, 1990.)

The resignation of Richard N. Gaudet as an attorney is accepted. In view of Gaudet's resignation from the practice of law, case No. 90-418 is dismissed as moot. The costs of these cases are taxed against Gaudet.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

---

OFFICE OF DISCIPLINARY COUNSEL *v.* MICHAELS.

[Cite as Disciplinary Counsel *v.* Michaels (1990), 50 Ohio St. 3d 607.]

(No. D.D. 87-34—Submitted March 28, 1990 — Decided April 11, 1990.)

The application for reinstatement to the practice of law is granted. William P. Michaels is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1988], 38 Ohio St. 3d 248, 527 N.E. 2d 299.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.